# OFFICE OF THE
# CHIEF DISCIPLINARY COUNSEL

3335 AMERICAN AVENUE
JEFFERSON CITY, MO 65109-1079
(573) 635-7400   FAX (573) 635-2240

*SUPREME COURT OF MISSOURI*

February 28, 2007

In re:  Robert L. Devoto
MBE#28229
9322 Manchester Rd.
St. Louis, MO 63319

Enclosed Order of the Missouri Supreme Court dated January 29, 2007.



# Supreme Court of Missouri

## en banc

January 29, 2007

In re: Robert L. Devoto, )
) No. SC85780
Respondent. ) MBE No. 28229

### ORDER

Respondent having filed a motion for order of successful completion of probation and in consideration of the response of the Chief Disciplinary Counsel to said motion, it is hereby ordered that Respondent has successfully completed the probationary period set forth in the Court's order dated January 27, 2004, and Respondent's probation is ordered terminated.

Costs taxed to Respondent.

Day - to - Day

William Ray Price, Jr.
Acting Chief Justice

STATE OF MISSOURI – SCT.:

I, THOMAS F. SIMON, Clerk of the Supreme Court of Missouri, do hereby certify that the foregoing is a true copy of the order of said court, entered on the 29th day of January, 2007, as fully as the same appears of record in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Supreme Court. Done at office in the City of Jefferson, State aforesaid, this 29th day of January, 2007.



_____, Clerk

_____, D.C.